01

02

03

04

05

06          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )   CASE NO. MJ 12-198
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )   DETENTION ORDER
11  ANTONIO BUCIO-DELGADO,             )
                                       )
12          Defendant.                 )
    _____)

13

14  <u>Offense charged</u>:        Illegal Reentry after Deportation, Title 8, U.S.C. § 1326(a)

15  <u>Date of Detention Hearing</u>:    April 18, 2011.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant is reportedly a citizen of Mexico.

01     2.     The United States alleges that his presence in this country is illegal.   There is an

02 immigration detainer pending or about to be filed against him.   The issue of detention in this

03 case is therefore essentially moot, as the defendant would be released to immigration custody if

04 not detained in this case.

05     3.     Defendant   has   a   previous   conviction   of   conspiracy   to   distribute

06 methamphetamine, for which he was sentenced to 48 months in prison.

07     4.     Defendant and his counsel offer no opposition to entry of an order of detention.

08     5.     Upon advice of counsel, defendant declined to be interviewed by Pretrial

09 Services.   Therefore, there is limited information available about him.

10     6.     There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the

12 danger to other persons or the community.

13 It is therefore ORDERED:

14     1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

15        General for confinement in a correction facility separate, to the extent practicable, from

16        persons awaiting or serving sentences or being held in custody pending appeal;

17     2.   Defendant shall be afforded reasonable opportunity for private consultation with

18        counsel;

19     3.   On order of the United States or on request of an attorney for the Government, the

20        person in charge of the corrections facility in which defendant is confined shall deliver

21        the defendant to a United States Marshal for the purpose of an appearance in connection

22        with a court proceeding; and

01    4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02         for the defendant, to the United States Marshal, and to the United State Pretrial Services

03         Officer.

04         DATED this <u>18th</u> day of April, 2011.

05                                          <u>    s/ Dean Brett               </u>
                                              Dean Brett
06                                            United States Magistrate Judge